# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ace Hardware Corporation

                                   Plaintiff,

v.                                                                     Case No.: 1:16–cv–03611
                                                                          Honorable Charles P. Kocoras

Rochester Ace Hardware, LLC, et al.

                                   Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, December 7, 2016:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Defendant needs to sign judgment order in order to close the case. All matters relating to the referral of this action are resolved; case returned to the assigned judge. Referral terminated. Mailed notice (np, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.