## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ace Hardware Corporation

                                     Plaintiff,

v.

                                                       Case No.: 1:16–cv–03611

                                                       Honorable Charles P. Kocoras

Rochester Ace Hardware, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 20, 2016:

        MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Stipulation of dismissal, Plaintiff and Defendants by and through their respective attorneys, hereby stipulate to the dismissal of this action without prejudice and that the dismissal shall automatically convert to a dismissal with prejudice on April 1, 2027 or earlier if all payments are made under the parties' Settlement Agreement. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.